THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNIE MURPHY and BRIDGET FLAHERTY, Appellants.— Motion denied, on condition that appellants be ready for argument on Thursday, February 27, 1919, and present the case when reached; otherwise, motion granted and stay vacated. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARNE SILVER, Respondent, v. EDWARD RIEGELMANN, as President of the Borough of Brooklyn, and Another, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

REALTY ASSOCIATES, Respondent, v. CONRAD CONSTRUCTION COMPANY and Others, Defendants, and BLEST & EMERY COMPANY, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ.

MAX SCHEDROFSKY, Respondent, v. CHICAGO SODA WATER AND FOUNTAIN COMPANY, Appellant.— The decision of this motion is deferred until the hearing of the case.   Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ.

BEATRICE C. SHIVERICK, Appellant, v. SEYMOUR W. BONSALL, Respondent.— Motions for reargument and for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

ADOLPH DOSCHER, Respondent, v. MITCHELL ROSENZWEIG and CLARA ROSENZWEIG, His Wife, Appellants, Impleaded with THOMAS J. EGAN, Defendant.— Judgment affirmed, with costs, in accordance with opinion per curiam in *Kunze* v. *Rosenzweig* (See 186 App. Div. 866), decided herewith. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

JOHN H. EGAN, as Executor, etc., of WILLIAM EGAN, Deceased, Respondent, v. WESTCHESTER COUNTY BREWING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present·— Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

STELLA HALSTED, Appellant, v. GEORGE C. TAYLOR, as President of the AMERICAN EXPRESS COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.